IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIMITRIOS SPIRILIOTIS, an individual; GEORGE DIAMANDOPOLOS, an individual; ANTONY KERAMONTE, an individual; VASILIKI INGLEZOU, an individual, IOANNA INGLEZOU, an individual, NIKOLAS FATOUROS, an individual; ELENI ANATHASOPOULOS, an individual, And ELENI LIAKOS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> P-K-B INCORPORATED, d/b/a Psistaria Greek Taverna, an Illinois Corp. and ATHANASIOS BOURNAS, an individual, <br><br> Defendants. | Case No.15-CV-6105 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Sidney Schenkier |

## STIPULATION OF JUDGMENT

The parties filed an Agreed Motion for Court Approval of Settlement and Dismissal of Lawsuit, to which was attached a Confidential Agreement and General Release ("Agreement") executed by the parties. The Court has scrutinized the Agreement and finds that it provides for a just and fair resolution of Plaintiffs' claims against Defendants. Accordingly, the parties' Agreed Motion for Court Approval of Settlement and Dismissal of the Lawsuit is GRANTED, and it is hereby ORDERED that:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to this litigation;

2. The parties consent that this Court shall enter this Judgment resolving all of Plaintiffs' claims in this litigation in their entirety pursuant to the Agreement referenced above; and

3. This action is dismissed, without prejudice, and with all parties to bear their own costs and attorneys' fees, and this dismissal will automatically convert to a dismissal with prejudice on March 1, 2017, unless one of the parties files a motion before that date seeking to enforce any term of the parties' Agreement.

Entered this 31st day of December, 2015

                                                                                    _____
                                                                                    The Honorable Sidney Schenkier
                                                                                    U.S. Magistrate Judge

4817-0522-0908, v. 1